Form 85 (20260120)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number:  24-13050 |
| | ) | |
| Kimberly Marie Washington | ) | Chapter:  13 |
| | ) | |
| | ) | Honorable David H. DeCelles |
| | ) | |
| Debtor(s) | ) | |

## AGREED REPAYMENT AND DEFAULT ORDER

This case coming before the court on the Motion for Relief from Stay (the "Motion") [Docket #32] filed by Carrington Mortgage Services, LLC (the "Creditor") with respect to the real property located at 2011 S. 20th Ave., Broadview, Illinois 60155 (the "Property"), the parties having agreed to the following terms:

IT IS STIPULATED/ORDERED that:

1. The automatic stay of 11 U.S.C. § 362(a) shall remain in place subject to the Debtor's compliance with this agreed order.

2. The Debtor shall make regular contractual payments to the Creditor (the "Contractual Payments") in the amount of $1,031.53 per month, commencing June 1, 2026 and continuing on the same day of each month. The amount of the Contractual Payments may be subject to change pursuant to the terms of the loan documents. The Contractual Payments include an escrow impound for property taxes and/or insurance. This amount is subject to change pursuant to the terms of the subject loan. The Creditor may apply the Contractual Payments to the subject loan consistent with the terms of the pre-petition loan documents and applicable law.

3. The Debtor remains due for the April 1, 2026 through the May 1, 2026 payments for a total default in the amount of $2,063.02, with $331.51 in suspense.  Accordingly, the total default to be cured under this order is $1,731.51 (the "Default").

4. The Debtor shall cure the Default over six (6) monthly payments (the "Cure Payments"). The Cure Payments are as follows:

      a. $288.58 on or before June 15, 2026
      b. $288.58 on or before July 15, 2026
      c. $288.58 on or before August 15, 2026
      d. $288.58 on or before September 15, 2026
      e. $288.58 on or before October 15, 2026.
      f. $288.61 on or before November 15, 2026

The Creditor may apply the Cure Payments contractually to the subject loan.

5.  Contractual Payments and Cure Payments shall be made to the following address: Carrington

Form 85 (20260120)

Mortgage Services, LLC, 500 N. State College Blvd., Suite 1030, Orange, CA 92868.

6. Except as otherwise expressly provided herein, all remaining terms of the contractual loan documents shall govern the treatment of the Creditor's claim.

7. In the event that the Debtor defaults on any of the provisions contained in this agreed order, the Creditor may send the Debtor and the Debtor's counsel a written notice of default via email or U.S. mail (the "Default Notice") outlining the amount owed (the "Default Amount"). If the Debtor fails to cure the Default Amount in full after the passage of fourteen (14) calendar days from the date of the Default Notice, the Creditor may file a Certificate of Non-Compliance and a Notice of Termination of the Automatic Stay.  Upon the filing of the Notice of Termination of the Automatic Stay, the automatic stay of 11 U.S.C. § 362 will be modified so as not to restrain the Creditor from pursuing in rem non-bankruptcy remedies as to the the real property located at 2011 S. 20th Ave., Broadview, Illinois 60155.

For Creditor:
/s/Taji S. Foreman
Taji S. Foreman, Esq
Kelley Kronenberg, P.A.
1150 N. Clark St.
Chicago, IL 60602

For Debtor:
/s/ Michelle E. Mandroiu, Esq.
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

Enter:

United States Bankruptcy Judge

Dated: June 1, 2026

**Prepared by:**

Taji S. Foreman, Esq
Kelley Kronenberg, P.A.
1150 N. Clark St.
Chicago, IL 60602